## United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-3287

_____

United States of America

*Plaintiff - Appellee*

v.

Kelvin Lamar Davis

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: March 30, 2021
Filed: April 2, 2021
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kelvin Lamar Davis appeals the sentence the district court[1] imposed upon revoking his supervised release. Counsel has moved for leave to withdraw, and has filed a brief challenging the sentence as unreasonable. We affirm.

We conclude that the district court did not impose an unreasonable sentence. See United States v. Miller, 557 F.3d 910, 916 (8th Cir. 2009) (in reviewing revocation sentences, appellate court first ensures no significant procedural error occurred, then considers substantive reasonableness of sentence under deferential abuse-of-discretion standard). The record reflects that the district court properly considered the 18 U.S.C. § 3553(a) factors, and there is no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Larison, 432 F.3d 921, 923-24 (8th Cir. 2006); and the sentence is below the Guidelines range and the statutory limit, see 18 U.S.C. §§ 3583(e)(3), (h); United States v. Aguayo-Delgado, 220 F.3d 926, 933 (8th Cir. 2000) (maximum supervised release sentence for 21 U.S.C. § 841(b)(1)(C) violation is life); U.S.S.G. § 7B1.4(a); cf. United States v. Perkins, 526 F.3d 1107, 1110 (8th Cir. 2008) (revocation sentence within Guidelines range is accorded a presumption of substantive reasonableness on appeal).

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.